No. 73–33.  AIR TERMINAL CAB, INC., ET AL. *v.* UNITED STATES.  C. A. 8th Cir.  Certiorari denied.

No. 73–51.  YELLOWSTONE PARK LINES, INC., ET AL. *v.* BRENNAN, SECRETARY OF LABOR.  C. A. 10th Cir.  Certiorari denied.

No. 73–65.  DALY *v.* WALDOR, COMMISSIONER OF HIGHWAYS OF MINNESOTA, ET AL.  Sup. Ct. Minn.  Certiorari denied.

No. 73–66.  SCHOLLE CHEMICAL CORP. ET AL. *v.* NATIONAL LABOR RELATIONS BOARD.  C. A. 7th Cir.  Certiorari denied.

No. 73–67.  IN RE NIBLACK.  C. A. D. C. Cir.  Certiorari denied.

No. 73–75.  UNITED STATES STEEL CORP. *v.* UNITED STATES.  C. A. 7th Cir.  Certiorari denied.

No. 73–80.  WHITEN *v.* UNITED STATES;
No. 73–5037.  KELLER *v.* UNITED STATES; and
No. 73–5079.  WHITTY *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.  Reported below: 474 F. 2d 1346.

No. 73–85.  BALDWIN COUNTY ELECTRIC MEMBERSHIP CORP. ET AL. *v.* PRICE COMMISSION ET AL.  Temp. Emerg. Ct. App.  Certiorari denied.

No. 73–96.  WOMACK *v.* UNITED STATES.  C. A. 2d Cir.  Certiorari denied.